AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Genworth Life Insurance Company of New York ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.    5:13-00397-JMC |
| Mida J. Adams ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

■ the plaintiff <u>Genworth Life Insurance Company of New York,</u> recover from the defendant <u>Midas J. Adams, the sum certain liquidated damages in the amount of One Hundred Twenty-Thousand, One Hundred Forty-Two and 95/100 dollars ($120,142,95),</u> plus <u>Three Thousand Five Hundred Seventy-One and 37/100 dollars ($3,571.37) in prejudgment interest at the legal rate of 8.75% from November 7, 2012 through March 11, 2013 pursuant to Plaintiff's first and second causes of action. Post judgment interest shall run at a rate of .13%</u>

❒  other:

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge. The court having granted default judgment.

Date:   September 20, 2013                                          *CLERK OF COURT*

                                                                    s/Angie Snipes

                                                                    *Signature of Clerk or Deputy Clerk*